DOA
9/10/17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cruz Gonzales-Salinas,<br>A089 820 724<br>*Defendant* | Case No. 17-7464 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 10, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cruz Gonzales-Salinas, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Calais, Maine, on or about August 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Ian C. Pope
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 11, 2017

_____
*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 10, 2017, Border Patrol Agents V. Davidovic and J. Fernandez encountered an individual near Maricopa, in the District of Arizona. The agents identified themselves as Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Cruz Gonzales-Salinas, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Gonzales-Salinas was transported to the Casa Grande Border Patrol Station for further processing. Gonzales-Salinas was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Cruz Gonzales-Salinas to be a citizen of Mexico and a previously deported alien. Gonzales-Salinas was removed from the United States to Mexico through Calais, Maine, on or about August 17, 2015, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record

of Cruz Gonzales-Salinas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzales-Salinas' immigration history was matched to him by electronic fingerprint comparison.

4. On September 10, 2017, Cruz Gonzales-Salinas was advised of his constitutional rights. Gonzales-Salinas freely and willingly acknowledged his rights and agreed to provide a statement under oath. Gonzales-Salinas stated that his true and complete name is Cruz Gonzales-Salinas and that he is a citizen of Mexico and of no other country. Gonzales-Salinas stated that he entered the United States somewhere near Sasabe, Arizona, on or about August 15, 2017, at approximately 12:00 am, without inspection by an immigration officer. Gonzales-Salinas further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 10, 2017, Cruz Gonzales-Salinas, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calais, Maine, on or about August 17, 2015, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Ian C. Pope
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 11th day of September, 2017.

_____
Bridget S. Bade
United States Magistrate Judge